■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALPHONSE RESCIGNO, Appellant. [669 NYS2d 881] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (LeVine, J.), rendered March 27, 1992, convicting him of grand larceny in the third degree, burglary in the third degree, unauthorized use of a vehicle in the first degree, criminal mischief in the second degree (two counts), and conspiracy in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's sole claim, that the prosecution failed to turn over *Rosario* material, cannot be raised on direct appeal as it relies on information which is dehors the record (*see, People v Drici*, 188 AD2d 611). Mangano, P. J., Bracken, Miller and Krausman, JJ., concur.